JS-6 'O'

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE MADRIGAL,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant. | CV 19-5041-RSWL-PLAx<br><br>**JUDGMENT** |

The Court entered its Findings of Fact and Conclusions of Law [135] on August 13, 2021, pursuant to Federal Rule of Civil Procedure ("Rule") 52(a)(1). In accordance with this Court's Findings of Fact and Conclusions of Law, and pursuant to Rule 58, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Plaintiff Jose Madrigal and against Defendant United States in the amount of **$183,272.02.**

The Court also awards Plaintiff Jose Madrigal his costs as provided by Rule 54(d).

The Clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: August 17, 2021         /s/ Ronald S.W. Lew

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge